SHORES, Justice.
Affirmed on the authority of Davis v. Mims, 510 So.2d 227 (Ala.1987); Dannelley v. Guarino, 472 So.2d 983 (Ala.1985); Columbia Engineering Int’l, Ltd. v. Espey, 429 So.2d 955 (Ala.1983); Threadgill v. Birmingham Board of Education, 407 So. 2d 129 (Ala.1981); Minton v. Whisenant, 402 So.2d 971 (Ala.1981); Eason v. Middleton, 398 So.2d 245 (Ala.1981).
AFFIRMED.
JONES, ADAMS, HOUSTON and STEAGALL, JJ., concur.